IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Appellate Court Case No. 26-1757
District Court Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

      Plaintiff-Appellee and Cross-Appellant,

v.

NOFAL, LLC d/b/a FOOD TOWN MART
and SHARIF JABER,

      Defendants-Appellants and Cross-
      Appellees.

---

## <u>DOCKETING STATEMENT</u>

Pursuant to 7th Cir. R. 3(c), plaintiff-appellee and cross-appellant Prepared Food Phots, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("<u>Prepared Food Photos</u>") hereby submits this docketing statement.

1.      The underlying lawsuit from which this appeal is taken was filed by Prepared Food Photos and asserted claims arising under the Copyright Act, 17 U.S.C. § 101 *et seq*.  The district court had subject matter jurisdiction over the lawsuit pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.      Following a jury trial, judgment was entered in the underlying action on November 7, 2024 in favor of Prepared Food Photos on its claim for copyright infringement and in favor of defendant-appellant Sharif Jaber ("<u>Jaber</u>") on Prepared Food Photos' claim for vicarious copyright infringement.  <u>See</u> D.E. 54.

3.      On November 20, 2024, Prepared Food Photos filed a motion for new trial and/or to amend the judgment [D.E. 56], which the district court denied on April 7, 2025 [D.E. 61].

4.      On April 21, 2025, Prepared Food Photos filed a motion for prevailing party attorneys' fees against defendant Nofal, LLC d/b/a Food Town Mart ("Food Town Mart"). See D.E. 64.

5.      On June 16, 2025, Jaber filed a motion for extension of time nunc pro tunc to file a motion for prevailing party attorneys' fees [D.E. 76] which the district court granted over Prepared Food Photos' opposition on July 2, 2025 [D.E. 81].

6.      On March 18, 2026, the district court entered an Order denying both Prepared Food Photos' and Jaber's respective motions for fees and denying taxable costs to both as well. See D.E. 89.

7.      On April 13, 2026, Jaber filed a notice of appeal [D.E. 90] of the district court's Order denying his motion for fees.

8.      On April 22, 2026, Prepared Food Photos filed a cross-notice of appeal of the Order [D.E. 89] denying Prepared Food Photos' motion for fees/bill of costs and the Order [D.E. 81] granting Jaber's Motion for Extension of Time Nunc Pro Tunc to File Motion for Attorney's Fees.

9.      This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

10.     There are no related proceedings between the parties in the district or appellate courts.

Respectfully submitted,

Dated: June 10, 2026.                COPYCAT LEGAL PLLC
                                     3111 N. University Drive
                                     Suite 301
                                     Coral Springs, FL 33065
                                     Telephone: (877) 437-6228
                                     dan@copycatlegal.com

                                     By: /s/ Daniel DeSouza_____
                                          Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, the foregoing document was served via e-mail on all counsel or parties of record to this appeal.

/s/ Daniel DeSouza____

Daniel DeSouza, Esq.